# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br>  *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br><br> *Defendant*. | Civil Action No. 1:18-cv-00319 (CRC) |

## JOINT STATUS REPORT

On March 5, 2019, the Court granted Defendant United States Department of Justice's (the "Department") Motion for Extension of Time to File Response/Reply Brief, and ordered the parties to "file a joint status report on or before March 7, 2019, proposing an updated deadline for Defendant's response-reply brief and Plaintiff's reply." Accordingly, the parties submit the following status report:

1. As the Department previously informed the Court, during final review of the Department's response-reply brief, the Office of Information Policy ("OIP"), which coordinates responses to FOIA requests made to the Office of the Attorney General and Office of the Deputy Attorney General, learned of a record responsive to Plaintiff's "Guidance FOIA" request that was not identified by OIP's initial search for records. The Department will release the record it identified to Plaintiff this week.

2. In light of the discovery of this record, the Department will conduct an expedited, supplemental electronic mail search of custodians in the Department involved in U.S. Attorney John W. Huber's "evaluat[ion] of certain issues" raised by members of Congress regarding "the sale of Uranium One, alleged unlawful dealings related to the Clinton Foundation and other

matters." OIP will release to Plaintiff any additional responsive, non-exempt records found pursuant to this supplemental search by April 4, 2019.

3. The parties will meet and confer by April 12, 2019 to discuss what challenges, if any, Plaintiff wishes to maintain regarding the Department's response to Plaintiff's FOIA request. The Department agrees to informally share the parameters of the supplemental search with Plaintiff as part of this meet-and-confer.

4. Consistent with the Court's March 5 order, Defendant proposes the following schedule for the parties' remaining briefs. In the event the parties are able to resolve the case without the need for continued briefing, they will so notify the Court.

    a. April 26, 2019: Department's response-reply brief due;

    b. May 15, 2019: Plaintiff's reply brief due.

5. Plaintiff is not in a position to evaluate Defendant's proposed schedule for further briefing until Defendant has produced the record discussed in Paragraph 1 and has described the parameters of the supplemental search and produced any additional responsive records as discussed in Paragraphs 2 & 3. After receiving this information, Plaintiff will inform the Defendant and the Court by April 15, 2019, if it concludes that a briefing schedule that differs from the one proposed by Defendant would be appropriate.

| | |
|---|---|
| Dated: March 7, 2019 | Respectfully submitted, |
| /s/ *Cerissa Cafasso* | JOSEPH H. HUNT |
| Cerissa Cafasso | Assistant Attorney General |
| D.C. Bar No. 1011003 | |
| Austin R. Evers | MARCIA BERMAN |
| D.C. Bar No. 1006999 | Associate Branch Director |
| AMERICAN OVERSIGHT | /s/ *Michael J. Gerardi* |
| 1030 15th Street NW, B255 | Michael J. Gerardi (D.C. Bar No. 1017949) |
| Washington, DC 20005 | Trial Attorney |
| (202) 869-5244 | United States Department of Justice |
| cerissa.cafasso@americanoversight.org | Civil Division, Federal Programs Branch |
| austin.evers@americanoversight.org | 1100 L St. NW, Rm. 12212 |
| | Washington, D.C. 20005 |
| *Counsel for Plaintiff* | Tel: (202) 616-0680 |
| | Fax: (202) 616-8460 |
| | E-mail: michael.j.gerardi@usdoj.gov |
| | *Attorneys for Defendant* |